## WASH v. FIRST NATIONAL BANK OF ALBANY.

1. Upon the trial of an ordinary claim to property levied upon under a distress warrant apparently regular and valid on its face, the claimant has no right to show that the plaintiff therein had no lien for rent upon the property in dispute, and that consequently the distress warrant was illegally issued.

2. Under the evidence appearing in the record, the property was subject to the distress warrant, and there was no error in directing a verdict for the plaintiff.

November 16, 1896.   Argued at the last term.

Levy and claim.   Before Judge Griggs.   Clay superior court.   September term, 1895.

*Clarence Wilson* and *W. C. Worrill,* for plaintiff in error.   *J. D. Rambo* and *Hood & Moye,* by *Harrison & Peeples,* contra.

LUMPKIN, Justice.

This case is, in principle, controlled by the decision of this court in *Horne* v. *Powell,* 88 *Ga.* 637.   The writer there undertook to state the true rule which should govern in such cases, and to give the reasons upon which that rule is founded.   What was said in support of the decision then pronounced applies with equal force to the case at bar, the facts of which bring it squarely within the operation of the rule in question.          *Judgment affirmed.*